UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>David Johnson</u>

        v.                          Case No. 12-cv-32-SM

<u>Town of Weare, et al.</u>

O R D E R

Motion denied. Plaintiff has not complied with the requirements of Fed. R. Civ. P. 65(b)(1). In addition, the motion, complaint, and supporting papers do not suggest that a threat of imminent irreparable injury exists. The papers, at most, suggest a potential claim for constitutional deprivations related to an apparent seizure of plaintiff's person and property. The Magistrate Judge will preliminarily review the complaint in due course.

SO ORDERED.

January 27, 2012

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge

cc:   David Johnson, pro se