UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>David Johnson</u>

   v.                                                 Civil No. 12-cv-32-SM

<u>Town of Weare, New Hampshire et al.</u>


**<u>O R D E R</u>**


On June 4, 2012, the court issued an order (doc. no. 7) authorizing service of the complaint (doc. no. 1), by the United States Marshal's Office, on the following defendants: Weare Police Officer Jones, the Weare Police Department, and the Town of Weare. In the order, Johnson was instructed to provide addresses for the defendants within thirty days. Johnson has not responded.

It has come to the court's attention that the service order (doc. no. 7) inadvertently "cc'd" another individual, and does not reflect that a copy was sent to Johnson. While a copy of the motion appears to have been sent to Johnson, in an abundance of caution, the court will again direct service of the complaint.

It is plaintiff's responsibility to supply the court with a summons for each defendant named that includes the defendant's address if the defendant is unrepresented by counsel. <u>See</u> Fed.

R. Civ. P. 4(a)(1)(C).  However, in the interest of expediency and to avoid any further delay in this matter, the court now directs the Clerk's office to prepare summons forms for Officer Jones and the Weare Police Department, using the following address: 144 North Stark Highway, Weare, NH, 03281, and for the Town of Weare using the address: 15 Flanders Memorial Dr., Weare, NH, 03281.

Once prepared, the Clerk's office is directed to issue summonses for each defendant, and to forward the summonses, along with copies of the complaint (doc. no. 1), this order, the order issued June 4, 2012 (doc. no. 7), the report and recommendation issued on June 4, 2012 (doc. no. 6), and the June 27, 2012, order approving the report and recommendations (doc. no. 8), to the U.S. Marshal's Office to complete service pursuant to this order and Fed. R. Civ. P. 4(c)(3).  Upon receipt of the necessary documentation, the U.S. Marshall's office shall effect service upon the named defendants, in accordance with the requirements set forth in Fed. R. Civ. P. Rule 4(e) (serving an individual) and Fed. R. Civ. P. Rule 4(j)(2) (serving a local government).

Defendants are instructed to answer or otherwise plead within twenty days of service.  See Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on defendants by delivering or mailing the materials to them or to their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

Date: July 26, 2012

cc: David Johnson, pro se

LBM:jba